UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA ANGIANO,<br><br>        Plaintiff,<br><br>v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>        Defendant. | Case No. 1:17-cv-212<br><br>Hon. Gordon J. Quist |

Theodore J. Westbrook (P70834)
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
(616) 288-9548
twestbrook@westbrook-law.net

## NOTICE OF SETTLEMENT

Plaintiff Jessica Angiano, by and through her counsel, Westbrook Law PLLC, hereby gives notice pursuant to Local Civil Rule 40.3 that a settlement has been reached by and between Plaintiff and Defendant I.Q. Data International, Inc. to resolve the present case and terminate this litigation. A dismissal with prejudice will follow once the parties' settlement is finalized.

Respectfully submitted,

Dated:  March 30, 2017

/s/ Theodore J. Westbrook
Theodore J. Westbrook
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
twestbrook@westbrook-law.net